In the Matter of the Estate of JAMES G. HARBORD, Deceased. BANKERS TRUST COMPANY et al., as Executors of JAMES G. HARBORD, Deceased, Appellants; STATE TAX COMMISSION, Respondent.

Argued January 20, 1953; decided March 6, 1953.

*Monroe Collenburg, John A. Gifford* and *Hugh L. Thomson* for appellants.

*Mortimer M. Kassell* and *Francis Kelliher* for respondent.

Order affirmed, with costs to appellants and respondent payable out of the estate. Question certified not answered. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.